UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELAN J. MOSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE CARGILL, et al.,<br><br>    Defendants. | No. 2:19-cv-00393-KJM-CKD P<br><br><br>FINDINGS AND RECOMMENDATIONS |

    Plaintiff is a California inmate represented by counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983.  By order filed June 11, 2020, plaintiff's first amended complaint was dismissed and thirty days leave to file a second amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mosl0393.fta.docx