UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melan J. Mosley, | No. 2:19-cv-00393-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Steve Cargill, et al., | |
| Defendants. | |

The court is in receipt of Melan Mosley's post-judgment request for information about the status of this case. *See* ECF No. 20. Mr. Mosley was represented by counsel in this action, but he filed his request pro se. The court disregards the pro se request.

IT IS SO ORDERED.

DATED: January 12, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1